United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 19, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30182
Conference Calendar

_____

MILDRED J. DENNIS,

                                        Plaintiff-Appellant,

versus

STATE OF LOUISIANA,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 02-CV-1117
--------------------

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Mildred Dennis filed a civil rights complaint pursuant to
the Section 706(f) Civil Rights Act of 1964 against the State of
Louisiana seeking money damages for racism and invasion of
privacy.  The district court dismissed Dennis's complaint as
barred by the Eleventh Amendment.

     Dennis has not challenged in this court the district court's
reasons for dismissing her complaint.  Accordingly, it is as if
Dennis had not appealed the judgment.  See <u>Brinkmann v. Dallas</u>

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

<u>County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).

The judgment of the district court is AFFIRMED.